# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolf, Mark L. | United States District Court District of Massachusetts | 01/16/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

1 Courthouse Way Suite 5110
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman Emeritus, Director | Albert Schweitzer Fellowship |
| 2. | Chair | John William Ward Fellowship |
| 3. | Chair | Integrity Initiatives International |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/16/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Harvard Kennedy School - Teaching | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Woodrow Wilson Center | 2/2-2/3 | Washington, DC | Educational Program | Transportation, Food, Lodging |
| 2. | Woodrow Wilson Center | 4/12-4/13 | Washington, DC | Educational Program | Transportation, Food, Lodging |
| 3. | Cardozo Law School | 4/20-4/21 | New York | Educational Program | Transportation, Food, Lodging |
| 4. | Third Sector New England/III | 5/9-5/13 | England | Educational Program | Transportation, Food, Lodging |
| 5. | Third Sector New England/III | 6/15-7/17 | Washington, DC | Educational Program | Transportation, Food |
| 6. | University of Virginia | 6/18-6/20 | Virginia | Educational Program | Transportation, Food |
| 7. | Central Eastern European Legal Institute | 10/22-10/27 | Czech Republic | Educational Program | Transportation, Food, Lodging |

| 8. | Third Sector New England/III | 11/14-11/15 | Washington, DC | Educational Program | Transportation, Food, Lodging |
|---|---|---|---|---|---|
| 9. | Transparency International | 11/30-12/5 | Panama | Educational Program | Transportation, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/16/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) 65 | | | | | | | | | |
| 2. -EGShares ETF Emerging Markets (Y) | | | | | | | | | |
| 3. -Global X EFT Next Emerging & Frontier | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 4. -iShares China Large Cap ETF | A | Dividend | | | Sold | 02/09/16 | J | | |
| 5. -iShares Edge MSCI Min | | None | J | T | Buy | 04/05/16 | J | | |
| 6. -iShares ETF Commodities Select | A | Dividend | | | Buy (add'l) | 02/29/16 | J | | |
| 7. | | | | | Sold | 11/16/16 | J | | |
| 8. -iShares IBOXX High Yield | A | Dividend | J | T | Buy | 08/30/16 | J | | |
| 9. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 10. -iShares iBoxx Investment Grade Corp (LQD) | A | Dividend | J | T | Sold (part) | 08/30/16 | J | | |
| 11. - iShares Gold ETF f/k/a iShares Gold Trust | A | Dividend | K | T | Buy (add'l) | 05/04/16 | J | | |
| 12. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 13. | | | | | Sold (part) | 11/08/16 | J | | |
| 14. -iShares JPMorgan USD MTS Bond ETF | A | Dividend | K | T | Buy | 06/02/16 | J | | |
| 15. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 16. -iShares MSCI Germany Index | A | Dividend | | | Sold | 06/30/16 | J | A | |
| 17. -iShares MSCI Hong Kong ETF | | None | J | T | Buy | 08/30/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -iShares MSCI Jpn ETF Japan | A | Dividend | | | Sold | 06/30/16 | J | A | |
| 19. -iShares Russell 2000 Index | A | Dividend | J | T | Buy (add'l) | 11/16/16 | J | | |
| 20. -iShares TIPS Bond Fund f/k/a iShares Barclays TIPS Bd fd | A | Dividend | J | T | Buy (add'l) | 02/11/16 | J | | |
| 21. -iShares TR Bond 20+ Treasury Bond Fund | A | Dividend | J | T | | | | | |
| 22. -iShares 7-10 Year Treasury f/k/a iShares Barclays 7-10 Year Treasury | A | Dividend | J | T | Buy (add'l) | 02/09/16 | J | | |
| 23. | | | | | Sold (part) | 06/02/16 | J | | |
| 24. | | | | | Sold (part) | 11/16/16 | J | | |
| 25. - PIMCO 0-5 Yr High Yield Corp | A | Dividend | | | Sold | 11/08/16 | J | A | |
| 26. -PIMCO Enhanced Short Matursou | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 27. -Powershares DB Commdty Index | A | Dividend | | | Sold | 02/11/16 | J | A | |
| 28. -PowerShares QQQ Trust, Series 1 | A | Dividend | J | T | Sold (part) | 02/17/16 | J | A | |
| 29. | | | | | Sold (part) | 06/30/16 | J | | |
| 30. -Powershares S&P Low Volatility | A | Dividend | J | T | | | | | |
| 31. -Schwab Govt Money Fund | A | Dividend | J | T | | | | | |
| 32. -SPDR Barclays Short Term | A | Dividend | | | Buy | 02/28/16 | J | | |
| 33. | | | | | Sold (part) | 11/08/16 | J | | |
| 34. | | | | | Sold | 11/08/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -SPDR S&P 500 Fund | A | Dividend | J | T | | | | | |
| 36. -Vanguard Dividend Appreciation Index | A | Dividend | K | T | Buy (add'l) | 02/09/16 | J | | |
| 37. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 38. | | | | | Sold (part) | 11/08/16 | J | A | |
| 39. -Vanguard FTSE Developed Markets ETF (X) | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 40. -Vanguard FTSE Emerging Markets ETF f/k/a Vang Emerging Markets | A | Dividend | J | T | | | | | |
| 41. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 42. -Vanguard Global EX US f/k/a Int'l Equ Global ex-US Real Estate | A | Dividend | J | T | Buy (add'l) | 02/29/16 | J | | |
| 43. | | | | | Sold (part) | 11/16/16 | J | | |
| 44. -Vanguard Interm Term Corp Bd ETC | A | Dividend | J | T | Buy (add'l) | 04/08/16 | J | | |
| 45. -Vanguard MSCI EAFE Index | A | Dividend | | | Sold | 06/02/16 | J | | |
| 46. -Vanguard REIT | A | Dividend | | | Buy (add'l) | 06/02/16 | J | | |
| 47. | | | | | Sold | 11/16/16 | J | | |
| 48. -Vanguard Bond Index Fund n/k/a Vanguard Total Bond | A | Dividend | | | Sold (part) | 08/01/16 | J | | |
| 49. | | | | | Sold | 08/30/16 | J | | |
| 50. -Vanguard Total Stock Market Index | A | Dividend | J | T | Buy (add'l) | 11/16/16 | J | | |
| 51. - Wisdom Tree Japan Hedged Equity Fund | A | Dividend | | | Sold | 06/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. IRA #2 (H) (53) | | | | | | | | | |
| 54. -Global X ETF Next Emerging & Frpntier | A | Dividend | | | Sold | 02/24/16 | J | | |
| 55. -iShares iBOXX high yield | A | Dividend | J | T | Buy | 08/30/16 | J | | |
| 56. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 57. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 58. -iShares Boxx INVT Grd Bond ETF | A | Dividend | J | T | Sold (part) | 08/30/16 | J | A | |
| 59. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 60. -iShares China Large Cap ETF | | None | | | Sold | 02/04/16 | J | | |
| 61. -iShares Commodiaties Select | A | Dividend | J | T | | | | | |
| 62. -iShares Edge MSCI Min | A | Dividend | J | T | Buy | 04/05/16 | J | | |
| 63. -iSharesTrust ETF JP Morgan USD Emerging | A | Dividend | J | T | Buy (add'l) | 06/30/16 | J | | |
| 64. -iShares ETC Currency Hedged MSCI | A | Dividend | | | Sold | 02/04/16 | J | A | |
| 65. -iShares Gold ETF f/k/a iShared Gold Trust | A | Dividend | J | T | Sold (part) | 01/22/16 | J | | |
| 66. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 67. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 68. | | | | | Sold (part) | 11/08/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -iShares MSCI HK EFT Hong Kong | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 70. | | | | | Buy (add'l) | 08/30/16 | J | | |
| 71. -iShares MSCI ETF India | A | Dividend | | | Sold | 01/22/16 | J | | |
| 72. -iShares MSCI Jpn ETF Japan | A | Dividend | J | T | Sold (part) | 07/06/16 | J | | |
| 73. -iShares MSCI EAF Min Volat Etf | A | Dividend | J | T | Buy | 04/05/16 | J | | |
| 74. -iShares MSCI United Kingdom Index | A | Dividend | | | Sold | 01/02/16 | J | | |
| 75. -iShares Russell 2000 Index | A | Dividend | J | T | Buy (add'l) | 11/16/16 | J | | |
| 76. -iShares TIPS Bond Fund f//k/a iShares Barclays TIPS Bd Fd 2.89% | A | Dividend | K | T | Sold (part) | 01/22/16 | J | | |
| 77. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 78. -iShares Tr Bond 20+ year Treasury Bond Fund | A | Dividend | J | T | Buy (add'l) | 02/11/16 | J | | |
| 79. -iShares 7-10 Year Treasury Bond Fund f/k/a iShares Barclays 7-10 Yr | A | Dividend | K | T | Sold (part) | 01/22/16 | J | A | |
| 80. -iShares Tr Bond 1-3 Credit Bond EFT | | None | | | Sold | 02/11/16 | J | A | |
| 81. -iShares 3-7 Year Treasury | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 82. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 83. -PIMCO 0-5 Yr High Yield Corp | A | Dividend | | | Sold | 12/20/16 | J | | |
| 84. -PIMCO Enhanced Shrt | | None | J | T | Buy | 11/08/16 | J | | |
| 85. -PowerShares QQQ Trust, Series 1 | A | Dividend | K | T | Sold (part) | 02/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | Sold (part) | 07/06/16 | J | | |
| 87. | | | | | | Buy (add'l) | 08/30/16 | J | | |
| 88. | -Powershares S&P Low Volatility | A | Dividend | J | T | | | | | |
| 89. | -Schwab Govt Money Fund | A | Dividend | J | T | | | | | |
| 90. | -SPDR Barclays 1-3 Yr US Corp Investment Grade | A | Dividend | | | Sold (part) | 01/22/16 | J | | |
| 91. | | | | | | Sold | 04/29/16 | J | A | |
| 92. | -SPDR S&P 500 ETF IV | A | Dividend | J | T | Buy | 01/22/16 | J | | |
| 93. | -Vanguard Bond Index Fund | A | Dividend | | | Sold | 01/22/16 | J | A | |
| 94. | -Vanguard Dividend Appreciation ETF | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 95. | | | | | | Buy (add'l) | 08/01/16 | J | | |
| 96. | | | | | | Sold (part) | 11/08/16 | J | A | |
| 97. | -Vanguard FTSE ETF Developed Markets | A | Dividend | J | T | Buy (add'l) | 11/16/16 | J | | |
| 98. | -Vanguard FTSE Emerg Mkts ETF f/k/a Vanguard Emerging Markets Index | A | Dividend | J | T | Buy (add'l) | 02/24/16 | J | | |
| 99. | | | | | | Buy (add'l) | 11/08/16 | J | | |
| 100. | | | | | | Buy (add'l) | 11/16/16 | J | | |
| 101. | -Vanguard Global ex-US f/k/a Vanguard Global ex-US Real Estate Estate | A | Dividend | J | T | Buy (add'l) | 04/05/16 | J | | |
| 102. | -Vanguard Intermediate Term Corp ETF (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wolf, Mark L. | 01/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Vanguard REIT Index | A | Dividend | | | Sold | 01/02/16 | J | A | |
| 104.  -Vanguard Total Bond ETF | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 105. | | | | | Sold (part) | 08/01/16 | J | A | |
| 106. | | | | | Sold (part) | 08/30/16 | J | | |
| 107.  -Vanguard Total Stock Market ETF | A | Dividend | J | T | Buy (add'l) | 11/16/16 | J | | |
| 108.  -Wisdom Tree Brazilian Real Fund | A | Dividend | | | Sold | 01/02/16 | J | | |
| 109.  -Wisdom Tree Japan Hedged Equity | A | Dividend | | | Sold | 01/02/16 | J | | |
| 110. | | | | | | | | | |
| 111.  BROKERAGE ACCOUNT #1 (H) (71) | | | | | | | | | |
| 112.  iShares Edge MSCI Min | A | Dividend | J | T | Buy | 04/05/16 | J | | |
| 113.  iShares Commodities Select | A | Dividend | J | T | | | | | |
| 114.  iShares ETF Currency Hedge | A | Dividend | J | T | | | | | |
| 115.  iShares Floating Rate Note Fund | A | Dividend | J | T | | | | | |
| 116.  iShares Gold ETF Trust f/ka iShares Gold Trust | | None | J | T | | | | | |
| 117.  iShares iBoxx high yield | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 118. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 119.  iShares IBOXX Invt Grd Bd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. iShares JPMorgan USD MTS Bond ETF | A | Dividend | J | T | Buy | 06/02/16 | J | | |
| 121. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 122. iShares MSCI Japan Index | A | Dividend | | | Sold | 06/30/16 | J | | |
| 123. iShares MSCI HK ETF Hong Kong | A | Dividend | J | T | Buy (add'l) | 08/30/16 | J | | |
| 124. iShares MSCI EAFE Minimum Volatility | A | Dividend | | | Sold | 06/30/16 | J | | |
| 125. iShares Russell 2000 Index Fund | A | Dividend | J | T | Buy (add'l) | 11/16/16 | J | | |
| 126. iShares Barclays 1-3 Year Treasury Bond Fund | A | Dividend | K | T | | | | | |
| 127. iShares TIPS Bond ETF f/k/a iShares Barclays TIPS Bd FD 5.298% | A | Dividend | J | T | Buy (add'l) | 02/11/16 | J | | |
| 128. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 129. iShares 7-10 Year Treasury Bond Fund | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 130. iShares 20+ Treasury Bond | A | Dividend | J | T | | | | | |
| 131. PIMCO Enhanced Short Maturity Strgy ETF | A | Dividend | J | T | Buy (add'l) | 11/08/16 | J | | |
| 132. PIMCO 0-5 Year High Yld | | None | J | T | Buy | 11/16/16 | J | | |
| 133. PowerShares QQQ Trust, Series 1 | A | Dividend | K | T | Buy (add'l) | 11/16/16 | J | | |
| 134. Powershares ETF Emerging Markets | A | Dividend | | | Sold | 06/30/16 | J | | |
| 135. SPDR Gold Trust | | None | | | Sold | 06/30/16 | J | A | |
| 136. Schwab Government Money Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. SPDR S&P 500 Fund | A | Dividend | | | Sold | 06/30/16 | J | | |
| 138. SPDR Barclays Capital Short Term Corportate Bond | A | Dividend | | | Sold | 06/30/16 | J | | |
| 139. SPDR Barclays ETF 1-3 US Corp | A | Dividend | | | Sold | 06/30/16 | J | | |
| 140. Vanguard Total Bond Mkt ETF f/k/a Vanguard Bond Index Fund | A | Dividend | K | T | Buy (add'l) | 12/20/16 | J | | |
| 141. Vanguard Dividend Appreciation | A | Dividend | J | T | Buy (add'l) | 08/01/16 | J | | |
| 142. Vanguard FTSE Developed Markets ETF | | None | J | T | Buy | 11/16/16 | J | | |
| 143. Vanguard FTSE Emerging Markets ETF | | None | J | T | Buy | 11/08/16 | J | | |
| 144. Vanguard Intermediate Term Corp Bond Fund | A | Dividend | J | T | Sold (part) | 12/20/16 | J | A | |
| 145. Vanguard Intl Eqty EFT | A | Dividend | J | T | | | | | |
| 146. Vanguard REIT Index | B | Dividend | | | Sold | 01/02/16 | J | | |
| 147. Vanguard Total Stock Market Index | A | Dividend | K | T | Buy (add'l) | 11/16/16 | J | | |
| 148. Wisdom Tree Japan Hedged Equity | A | Dividend | | | Sold | 01/02/16 | J | | |
| 149. | | | | | | | | | |
| 150. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 151. McDonald's Corp | B | Dividend | L | T | | | | | |
| 152. Schwab Govt Money Fund | A | Interest | J | T | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. BROKERAGE ACCOUNT #3 (H) (26) | | | | | | | | | |
| 155. EGShares ETF Emerging Markets (Y) | | | | | | | | | |
| 156. iShares AAA-A Rated Corporate Bond Fund | A | Dividend | | | Sold | 06/20/16 | J | | |
| 157. iShares China Large Cap ETF (EWU) | A | Dividend | | | Sold | 06/20/16 | J | | |
| 158. iShares Edge MSCI Min | A | Dividend | J | T | Buy | 04/05/16 | J | | |
| 159. iShares Gold ETF f/k/a iShares GoldTrust | | None | J | T | Buy (add'l) | 04/29/16 | J | | |
| 160. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 161. iShares iBoxx High Yield | A | Dividend | K | T | Buy | 08/30/16 | J | | |
| 162. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 163. | | | | | Buy | 11/30/16 | J | | |
| 164. iShares iBoxx Invt Grd Bond ETF | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |
| 165. iShares JPMorgan USD MTS Bond ETF | A | Dividend | J | T | Buy (add'l) | 06/02/16 | J | | |
| 166. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 167. iShares MSCI Germany Index | A | Dividend | | | Sold | 06/30/16 | K | | |
| 168. iShares MSCI Hong Kong | A | Dividend | J | T | Buy | 08/30/16 | J | | |
| 169. iShares MSCI United Kingdom Index | A | Dividend | | | Sold | 06/02/16 | J | | |
| 170. iShares Russell 2000 Index | A | Dividend | J | T | Buy (add'l) | 11/30/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. iShares TIPS Bond ETF f/k/a iShares Barclays Fund 5.289% | A | Dividend | J | T | Buy (add'l) | 02/11/16 | J | | |
| 172. iShares TR Bond 20+ Treasury Bond | A | Dividend | J | T | | | | | |
| 173. iShares 7-10 Year Treasury f/k/a iShares Barclays 7-10 Bond | A | Dividend | J | T | | | | | |
| 174. PIMCO Enhanced SHRT | | None | J | T | Buy | 11/08/16 | J | | |
| 175. PIMCO 0-5 Yr High Yield Corp | A | Dividend | | | Sold | 12/23/16 | J | | |
| 176. DB Powershares Commodity Index | A | Dividend | | | Sold | 12/23/16 | J | | |
| 177. PowerShares QQQ Trust, Series 1 | A | Dividend | K | T | Sold (part) | 01/22/16 | J | | |
| 178. Powershares S&P Low Volatility | A | Dividend | J | T | | | | | |
| 179. Schwab Govt Money Fund | A | Interest | J | T | | | | | |
| 180. SPDR Barclays 1-3 Yr US Corp Investment Grade | A | Dividend | | | Sold | 01/22/16 | J | | |
| 181. SPDR S&P 500 Fund | A | Dividend | K | T | | | | | |
| 182. Vanguard Bond Index Fund | A | Dividend | | | Sold | 01/22/16 | J | | |
| 183. Vanguard Dividend Appreciation | A | Dividend | K | T | Buy (add'l) | 08/01/16 | J | | |
| 184. Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | Buy | 11/30/16 | J | | |
| 185. Vanguard FTSE Emerging Markets ETF f/k/a Vanguard Emerging Mkts Index | A | Dividend | J | T | Buy (add'l) | 02/24/16 | J | | |
| 186. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 187. | | | | | Buy (add'l) | 11/30/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/16/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Vanguard Global ex-US Real Est ETF f/k/a Vanguard Int'l Equity ETF | A | Dividend | J | T | Buy (add'l) | 04/05/16 | J | | |
| 189. Vanguard Interm Term Corp Bd ETC | A | Dividend | J | T | | | | | |
| 190. Vanguard MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 191. Vanguard REIT | A | Dividend | | | Sold | 11/30/16 | J | A | |
| 192. Vanguard Total Bond Market ETF (X) | A | Dividend | J | T | | | | | |
| 193. Vanguard Total Stock Market Index | A | Dividend | J | T | Buy (add'l) | 11/30/16 | J | | |
| 194. Wisdom Tree Asia Local Market Debt Fund | A | Dividend | | | Sold | 11/30/16 | J | A | |
| 195. Wisdom Tree Brazilian Real Fund | | None | | | Sold | 11/30/16 | J | A | |
| 196. Wisdom Tree Japan Hedged Equity | A | Dividend | | | Sold | 11/30/16 | J | A | |
| 197. | | | | | | | | | |
| 198. BROKERAGE ACCOUNT #4 (H) (43) | | | | | | | | | |
| 199. Guggenheim Enhanced Short Duration | A | Dividend | | | Sold | 06/20/16 | J | A | |
| 200. iShares AAA-A Rated Corporate Bond Fund | A | Dividend | | | Sold | 06/20/16 | J | A | |
| 201. iShares Edge MSCI Min f/k/a MSCI EAFE Minimum Volatility | A | Dividend | J | T | | | | | |
| 202. iShares ETF Commodities Select | A | Dividend | | | Sold | 06/20/16 | J | A | |
| 203. iShares Floating Rate Note Fund | A | Dividend | | | Sold | 06/20/16 | J | A | |
| 204. iShares Gold ETF f/k/a iShares Gold Trust | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. iShares iBoxx High Yield | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 206. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 207. iShares iBoxx Invt Grade Bond ETF | A | Dividend | J | T | | | | | |
| 208. iShares JPMorgan USD Mkts Bond ETF | A | Dividend | J | T | Buy | 06/02/16 | J | | |
| 209. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 210. iShares MSCI Germany Index | A | Dividend | | | Sold | 01/22/16 | J | | |
| 211. iShares MSCI Japan Index | A | Dividend | | | Sold | 01/22/16 | J | A | |
| 212. iShares MSCI Hong Kong | A | Dividend | J | T | Buy | 08/30/16 | J | | |
| 213. iShares Russell 2000 | A | Dividend | J | T | Buy (add'l) | 11/16/16 | J | | |
| 214. iShares TIPS Bond ETF f/k/a iShares Barclays Tips Bond Fund 5.298% | A | Dividend | J | T | Buy (add'l) | 02/11/16 | J | | |
| 215. | | | | | Buy (add'l) | 02/24/16 | J | | |
| 216. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 217. iShares 20+ Yr Treasury Bond ETF f/k/a iShares Barclays20+ Yr Tr BD Fd | A | Dividend | J | T | | | | | |
| 218. iShares 7-10 Year Treasury Bd ETF f/k/a iShares Barclays 7-10 Treasury | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 219. MSCI United Kingdom Index | A | Dividend | | | Sold | 01/22/16 | J | | |
| 220. PIMCO Enhanced Short Maturity Strgy ETFa | A | Dividend | J | T | Buy (add'l) | 11/08/16 | J | | |
| 221. PIMCO 0-5 Year High Yld | | None | J | T | Buy | 11/16/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/16/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. PowerShares QQQ Trust, Series 1 | A | Dividend | J | T | Buy (add'l) | 11/16/16 | J | | |
| 223. SPDR Gold Trust | | None | | | Sold | 01/22/16 | J | A | |
| 224. Schwab Govt Money Fund | A | Interest | J | T | | | | | |
| 225. SPDR S&P 500 Fund | A | Dividend | | | Sold | 01/22/16 | J | A | |
| 226. SPDR Barclays Capital Short Term Corportate Bond | A | Dividend | | | Sold | 01/22/16 | J | | |
| 227. Vanguard Bond Index Fund | A | Dividend | | | Sold | 01/22/16 | J | A | |
| 228. Vanguard Dividend Appreciation | A | Dividend | J | T | Buy (add'l) | 08/01/16 | J | | |
| 229. Vanguard FTSE Developed Markets ETF | | None | J | T | Buy | 11/16/16 | J | | |
| 230. Vanguard FTSE Emerging Markets ETF (X) | | None | J | T | | | | | |
| 231. Vanguard Interm Term Corp Bd ETC | A | Dividend | J | T | | | | | |
| 232. Vanguard REIT Index | A | Dividend | | | Sold | 11/30/16 | J | A | |
| 233. Vanguard Total Bond Market ETF | A | Dividend | J | T | Buy | 12/20/16 | J | | |
| 234. Vanguard Total Stock Market Index | A | Dividend | J | T | Buy (add'l) | 11/16/16 | J | | |
| 235. Wisdom Tree Japan Hedged Equity | A | Dividend | | | Sold | 11/30/16 | J | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. CHARLES SCHWAB MONEY MARKET ACCOUNT | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/16/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Fidelity USA n/k/a Fidelity Money Market Checking Account | A | Interest | K | T | | | | | |
| 240. Bank of America (savings) | A | Interest | K | T | | | | | |
| 241. Bank of America (checking) | A | Interest | K | T | | | | | |
| 242. LILO, LLC (Limited Liability Corporation) | D | Dividend | M | U | | | | | |
| 243. Citizens Bank (savings and checkings) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2016, most of the assets owned by my wife and me were managed by Windhaven Investments ("Windhaven"). Windhaven provided the information in this Report concerning the assets it managed. That information is, to the best of my knowledge, correct.

My wife and I invest in what Windhaven calls "Funds," through which identical investments are made simultaneously for many investors. They are not mutual funds. Rather, various index shares are bought and sold for individual accounts at various times. Therefore, there are many transactions described in this Report which would not be required to be reported if we were invested in mutual funds which engaged in similar transactions.

I have not listed in Part VII the asset in my Relative's Personal Residence Trust in part because I have no beneficial interest in it and do not now control the purchase, sale, or other disposition of the asset.

On my 2015 report, I listed Ishares Gold Trust on lines 111 and 122, this asset was listed twice. I have corrected this error in my 2016 report and have only listed this asset once in Brokerage Account #1.

On my 2015 report, I listed Vanguard Dividend Appreciation on lines 102 and 113, this asset was listed twice. I have corrected this error in my 2016 report and have only listed this asset once in Brokerage Account #1.

On my 2015 report, I inadvertantly listed iShares Barclays 1-3 Year Treasury Bond under the heading for Brokerage Account #4. This asset should have only been reported once under the heading for Brokerage Account #1.

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/16/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark L. Wolf**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544